DANNY MILONE, Respondent, v. EMILIO DELLEFAVE, Individually and Doing Business under the Firm Name and Style of SYRACUSE BOTTLING COMPANY, Appellant.— Judgment affirmed, with costs. All concur, except Sears, P. J.,

who dissents and votes for reversal on the law and for granting a new trial. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.